UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMU A. ALSTON, : | |
| : | |
| Petitioner, : | |
| : | |
| v. : | Civil Action No.  07-2354 (RMU) |
| : | |
| UNITED STATES PAROLE : | |
| COMMISSION, : | |
| : | |
| Respondent. : | |

## DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, on this 14th day of May, 2008, it is hereby

ORDERED that the petition for writ of habeas corpus [Dkt. #1] is DISMISSED WITHOUT PREJUDICE as moot.

SO ORDERED.

RICARDO M. URBINA
United States District Judge